THE PENRHYN SLATE COMPANY et al., Respondents, *v.* GRAN-
VILLE ELECTRIC LIGHT AND POWER COMPANY et al.,
Appellants.

(Submitted April 10, 1905; decided April 18, 1905.)

Motion for reargument denied, with ten dollars costs. (See
181 N. Y. 80.)

---

EZEKIEL FIXMAN, Respondent, *v.* HARRY L. TOPLITZ, Appellant.

*Fixman* v. *Toplitz,* 102 App. Div. 614, appeal dismissed.
(Argued April 10, 1905; decided April 18, 1905.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the first judicial depart-
ment, entered February 20, 1905, affirming a judgment in
favor of plaintiff entered upon a verdict and an order deny-
ing a motion for a new trial.

The motion was made upon the grounds that there were no
questions of law involved in the appeal and that the judg-
ment was not appealable to the Court of Appeals.

*Clarence M. Lewis* for motion.

*Richard L. Sweezy* opposed.

Motion granted and appeal dismissed, with costs of appeal
and ten dollars costs of motion.